IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00271-MR-WCM

| | |
|---|---|
| MICHAEL HERN, *for himself, as a private attorney general, and on behalf of all others similarly situated*, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| LOWE'S HOME CENTERS, LLC, | ) ) |
| Defendant. | ) |

ORDER

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) and an Amended Motion for Admission *Pro Hac Vice* and Affidavit (the "Amended Motion," Doc. 9) filed by Michael David Bland. The Amended Motion indicates that Mr. Bland, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Daniel Hattis, who the Amended Motion represents as being a member in good standing of the Bar of Washington. It further appears that the requisite admission fee has been paid.

The Amended Motion indicates that Mr. Bland has not conferred with counsel for Defendant regarding the Amended Motion because Defendant has not been served with the Complaint and a Summons and Mr. Bland is not aware of any counsel for Defendant.

1

Seeing no facial defect in the Amended Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Daniel Hattis be reconsidered, after Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) is **DENIED AS MOOT**;

2. The Amended Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) is **GRANTED**, and Daniel Hattis is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

3. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Hattis's admission, provided that any such motion is filed within **seven (7) days** of Defendant's appearance in this matter and is appropriately supported.

Signed: November 7, 2024

W. Carleton Metcalf
United States Magistrate Judge